**Kevin BRADLEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 62883.**

Missouri Court of Appeals,
Western District.

March 30, 2004.

Mark Allen Grothoff, State Public Defender Office, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andrea Kaye Spillars, Anne E. Edgington, Office of Attorney General, Jefferson City, for Respondent.

Before LISA WHITE HARDWICK, Presiding Judge, PAUL M. SPINDEN, Judge, and THOMAS H. NEWTON, Judge.

**ORDER**

Kevin Bradley appeals the circuit court's judgment denying his Rule 29.15 motion for postconviction relief without an evidentiary hearing. We affirm. Rule 84.16(b).